# EXHIBIT

# B



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000034 |
| Invoice Date: | 08/16/2022 |
| Customer ID: | 40090000130 |

| | |
|---|---|
| Four Winds Tour | FOUR WINDS TOUR |
| Harlie Quero | Reference: |
| 6800 Jericho Turnpike Ste 120W | Contact: Four Winds Tour |
| Syosset  New York  11791 | Event date: 08/16/2022 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Sinclair Community College | 50.00 | 10.00 | | 500.00 |

500.00

Please make Checks payable to:
   Metz Culinary Management
   Two Woodland Drive
   Dallas  PA  18612
   Phone:  570.674.8733

==============
Total Due:        $500.00

Please Include your Invoice Number on Remittance

# Invoice



| | |
|---|---|
| Invoice Number: | 40091000052 |
| Invoice Date: | 11/22/2022 |
| Customer ID: | 40090000139 |

Kristen Obarka

(716)200-2577.

DANA DENNIS

Reference:

Contact:

Event date:    11/22/2022

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Manor House Event 11/5/22 | 1.00 | 560.00 | | 560.00 |

560.00

Please make Checks payable to:
Metz Culinary Management
Two Woodland Drive
Dallas  PA   18612
Phone:  570.674.8733

==============
Total Due:        $560.00

Please Include your Invoice Number on Remittance



**Invoice # 40090323**

**March-23**

| | |
|---|---|
| Invoice Date: | **4/11/2023** |
| Due Date: | **4/21/2023** |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

**Total Amount Due**

**$ 201,594.84**

Service Dates : 02/26/2023 to 04/01/2023
Monthly Culinary Management Charges

**Purchases:**

| | | |
|---|---|---|
| Food | $ | 89,129.78 |
| Disposables | $ | 3,623.05 |
| Equipment | $ | 2,159.66 |
| Cleaning | $ | 799.48 |
| Other Operating Expenses | $ | 7,604.81 |
| | **$** | **103,316.78** |

**Labor:**

| | | |
|---|---|---|
| Management Payroll & Benefits | $ | 17,111.82 |
| Base Payroll (Hourly) | $ | 60,733.09 |
| Base Taxes/Fringes | $ | 19,434.59 |
| Contract Labor (Other) | $ | - |
| | **$** | **97,279.50** |

**Fees, Investments & Adjustments:**

| | | |
|---|---|---|
| Management/Administrative Costs | $ | 9,276.35 |
| Service Contract | $ | - |
| General Liability Insurance | $ | 1,511.08 |
| Depreciation/Amortization | $ | - |
| | **$** | **10,787.43** |

**Sales Credit**

| | | |
|---|---|---|
| Cash Sales | $ | (682.57) |
| Catering & Other Sales | $ | (9,106.30) |
| Miscellaneous Income | $ | - |
| Other Catering Sales | $ | - |
| | **$** | **(9,788.87)** |

| | | |
|---|---|---|
| Please remit to: | **Total** | **$ 201,594.84** |

Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

*Thank you for your business*



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000068 |
| Invoice Date: | 03/20/2023 |
| Customer ID: | 40090000143 |

Lake Erie College
Lake Erie College
Brian Posler
391 west Washington street

Painsville  OH Ohio  44060

GYRO DINNER

Reference:

Contact:  Brian Posler

Event date:  03/20/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Gyro party 2/17/23 | 25.00 | 27.00 | | 675.00 |

| | |
|---|---|
| | 675.00 |

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:      $675.00

Please Include your Invoice Number on Remittance



| | Invoice # 40090423 |
|---|---|
| | April-23 |

| Invoice Date: | 5/9/2023 |
|---|---|
| Due Date: | 5/19/2023 |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

## Total Amount Due

$ **175,428.51**

Service Dates : 04/02/2023 to 04/29/2023
Monthly Culinary Management Charges

| Purchases: | | | | |
|---|---|---|---|---|
| Food | $ | 70,816.52 | | |
| Disposables | $ | 4,196.38 | | |
| Equipment | $ | 1,875.56 | | |
| Cleaning | $ | 1,600.60 | | |
| Other Operating Expenses | $ | 3,511.39 | | |
| | | | $ | 82,000.45 |
| | | | | |
| Labor: | | | | |
| Management Payroll & Benefits | $ | 13,689.46 | | |
| Base Payroll (Hourly) | $ | 62,175.17 | | |
| Base Taxes/Fringes | $ | 19,896.05 | | |
| Contract Labor (Other) | $ | - | | |
| | | | $ | 95,760.68 |
| | | | | |
| Fees, Investments & Adjustments: | | | | |
| Management/Administrative Costs | $ | 9,276.32 | | |
| Service Contract | $ | - | | |
| General Liability Insurance | $ | 1,346.67 | | |
| Depreciation/Amortization | $ | - | | |
| | | | $ | 10,622.99 |
| | | | | |
| Sales Credit | | | | |
| Cash Sales | $ | (561.21) | | |
| Catering & Other Sales | $ | (12,394.40) | | |
| Miscellaneous Income | $ | - | | |
| Other Catering Sales | $ | - | | |
| | | | $ | (12,955.61) |

| Please remit to: | | **Total** | $ | 175,428.51 |
|---|---|---|---|---|

Please remit to:
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499





| | Invoice # 40090523 |
|---|---|
| | **May-23** |

Invoice Date: **6/6/2023**
Due Date: **6/16/2023**

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

### Total Amount Due

$ **45,663.62**

Service Dates : 04/30/2023 to 05/27/2023
Monthly Culinary Management Charges

**Purchases:**

| | | | |
|---|---|---|---|
| Food | $ | 11,977.12 | |
| Disposables | $ | 694.13 | |
| Equipment | $ | 528.51 | |
| Cleaning | $ | - | |
| Other Operating Expenses | $ | 6,260.23 | |
| | | $ | **19,459.99** |

**Labor:**

| | | | |
|---|---|---|---|
| Management Payroll & Benefits | $ | 13,689.46 | |
| Base Payroll (Hourly) | $ | 9,565.34 | |
| Base Taxes/Fringes | $ | 3,060.91 | |
| Contract Labor (Other) | $ | - | |
| | | $ | **26,315.70** |

**Fees, Investments & Adjustments:**

| | | | |
|---|---|---|---|
| Management/Administrative Costs | $ | 9,276.32 | |
| Service Contract | $ | - | |
| General Liability Insurance | $ | 396.37 | |
| Depreciation/Amortization | $ | - | |
| | | $ | **9,672.69** |

**Sales Credit**

| | | | |
|---|---|---|---|
| Cash Sales | $ | (148.00) | |
| Catering & Other Sales | $ | (9,636.77) | |
| Miscellaneous Income | $ | - | |
| Other Catering Sales | $ | - | |
| | | $ | **(9,784.77)** |

Please remit to:
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

| **Total** | $ | 45,663.62 |
|---|---|---|

*Thank you for your business*



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000070 |
| Invoice Date: | 05/02/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:    05/02/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| sparks Meeting 3/22/23 #1154 | 30.00 | 3.00 | | 90.00 |
| Purple day treat 3/23/23 #1720 | 1.00 | 120.00 | | 120.00 |
| Alumni event Matthew house 3/23/23 #1720 | 30.00 | 6.95 | | 208.50 |
| business Alumni panel 3/29 #1720 | 30.00 | 8.95 | | 268.50 |
| retro Art show 4/23 #1261 | 40.00 | 13.50 | | 540.00 |
| Leadership lake county  Coffee, tea and waters 4/3/23 #1710 | 30.00 | 3.00 | | 90.00 |
| Community builders  4/3/23 #1710 | 26.00 | 10.95 | | 284.70 |
| Lamuth Students 4/6//23  #1512 | 106.00 | 10.00 | | 1,060.00 |
| Bfa Student Reception 4/6/23 #1226 | 40.00 | 8.95 | | 358.00 |
| student leadership reception 4/17/23 #1010 | 79.00 | 18.95 | | 1,497.05 |
| Dawn Powell event  4/19/23#1340 | 30.00 | 8.00 | | 240.00 |
| prix de villes 4/15/23 #1283 | 100.00 | 13.95 | | 1,395.00 |
| Cookie trays 4/20/23 #1710 | 2.00 | 50.00 | | 100.00 |
| Deans Committee lunches 4/19 #1154 | 7.00 | 12.95 | | 90.65 |
| honor prgram  4/21/23 #1118 | 30.00 | 8.00 | | 240.00 |
| prix de villes 4/21/23 #1283 | 100.00 | 13.95 | | 1,395.00 |
| Eq Reception 4/18 #1283 | 51.00 | 15.00 | | 765.00 |
| Kirtland Seniors lunch 4/24 #1512 | 17.00 | 10.00 | | 170.00 |
| student teacher reception 4/19/23 #1131 | 40.00 | 14.95 | | 598.00 |
| Late night breakfast 4/25 #1522 | 292.00 | 8.00 | | 2,336.00 |
| EQ Concisions 4/1,14-15,22-23 shows' #2924 | 1.00 | 548.00 | | 548.00 |

|  | 12,394.40 |
|---|---|

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:      $12,394.40

Please Include your Invoice Number on Remittance



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000071 |
| Invoice Date: | 05/11/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:    05/11/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| track meals 3/24/2023 #1680 | 20.00 | 10.00 | | 200.00 |
| track meals 3/31/23 #1680 | 22.00 | 10.00 | | 220.00 |
| track meals 4/7/23 #1680 | 20.00 | 10.00 | | 200.00 |
| track meals 4/14/23 #1680 | 20.00 | 10.00 | | 200.00 |
| track meals 4/15/23 #1680 Lunch | 10.00 | 10.00 | | 100.00 |
| track meals 4/21/23 #1680 | 7.00 | 10.00 | | 70.00 |
| track meals 4/22/23 #1680 | 24.00 | 10.00 | | 240.00 |
| track meals 4/28/23 #1680 | 8.00 | 10.00 | | 80.00 |
| track meals 4/29/23 #1680 | 8.00 | 10.00 | | 80.00 |
| track meals 5/3-5/5 #1680 | 22.00 | 10.00 | | 220.00 |

1,610.00

Please make Checks payable to:
Metz Culinary Management
Two Woodland Drive
Dallas  PA  18612
Phone:  570.674.8733

==============
Total Due:    $1,610.00

Please Include your Invoice Number on Remittance



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000072 |
| Invoice Date: | 05/11/2023 |
| Customer ID: | 40090000028 |

Leadership Lake County
Lake Erie College
Jessie Baginski
391 West Washington Street

Painesville  Ohio  44077

LLC

Reference:

Contact:

Event date:    05/11/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| LLC lunch and learn | 45.00 | 10.00 | | 450.00 |

| | 450.00 |
|---|---|

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA   18612
  Phone:  570.674.8733

==============
Total Due:        $450.00

Please Include your Invoice Number on Remittance

# Invoice

**Metz** CULINARY MANAGEMENT
ENVIRONMENTAL SERVICES

| | |
|---|---|
| Invoice Number: | 40091000076 |
| Invoice Date: | 05/22/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:  05/22/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| pa orientation 5/8/23 Breakfast #1226 | 30.00 | 8.95 | | 268.50 |
| pa orientation 5/8/23 lunch #1226 | 34.00 | 11.95 | | 406.30 |
| Board boxed Breakfast  5/13/23 #1014 | 34.00 | 8.95 | | 304.30 |
| Board boxed Lunch 5/13/23 #1014 | 34.00 | 11.95 | | 406.30 |
| special persons tea 5/5/23  #8290 | 40.00 | 18.95 | | 758.00 |
| Black tie event 5/4/23 #1522 | 50.00 | 24.95 | | 1,247.50 |
| Faculty and Staff BBQ 4/27/23 1010 | 95.00 | 15.95 | | 1,515.25 |
| NAB breakfast 4/29/23 #8290 | 10.00 | 8.95 | | 89.50 |
| Beverage set up 5/3-5/4/23 #1010 | 24.00 | 2.00 | | 48.00 |
| boxed lunches 5/4/23 1010 | 3.00 | 11.95 | | 35.85 |
| CAMERA Boxed Lunches 5/17/23  1131 000100 5342 | 40.00 | 11.95 | | 478.00 |
| bourbon tasting 5/19/23  #1010 | 11.00 | 35.00 | | 385.00 |
| Bourbon dinner 5/19/23 #1010 linins and china | 1.00 | 281.27 | | 281.27 |

6,223.77

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:  $6,223.77

Please Include your Invoice Number on Remittance



| | Invoice # 40090623 |
|---|---|
| | June-23 |

| Invoice Date: | 7/12/2023 |
|---|---|
| Due Date: | 7/22/2023 |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

### Total Amount Due

$ **39,427.98**

Service Dates : 05/28/2023 to 07/01/2023
**Monthly Culinary Management Charges**

**Purchases:**

| | | |
|---|---|---|
| Food | $ | 16,941.01 |
| Disposables | $ | 1,332.34 |
| Equipment | $ | 1,130.74 |
| Cleaning | $ | 633.34 |
| Other Operating Expenses | $ | 5,083.06 |
| | $ | **25,120.49** |

**Labor:**

| | | |
|---|---|---|
| Management Payroll & Benefits | $ | 8,278.00 |
| Base Payroll (Hourly) | $ | 17,095.91 |
| Base Taxes/Fringes | $ | 5,470.69 |
| Contract Labor (Other) | $ | - |
| | $ | **30,844.60** |

**Fees, Investments & Adjustments:**

| | | |
|---|---|---|
| Management/Administrative Costs | $ | 9,276.35 |
| Service Contract | $ | - |
| General Liability Insurance | $ | 469.74 |
| Depreciation/Amortization | $ | - |
| | $ | **9,746.09** |

**Sales Credit**

| | | |
|---|---|---|
| Cash Sales | $ | - |
| Catering & Other Sales | $ | (26,283.20) |
| Miscellaneous Income | $ | - |
| Other Catering Sales | $ | - |
| | $ | **(26,283.20)** |

| | **Total** | $ | **39,427.98** |
|---|---|---|---|

Please remit to:
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499



*Thank you for your business*

# Invoice

| | |
|---|---|
| Invoice Number: | 40091000079 |
| Invoice Date: | 06/29/2023 |
| Customer ID: | 40090000079 |

| | |
|---|---|
| Lake Erie College | PRIMARY |
| Lake Erie College | |
| Lake Erie College | Reference: |
| 391 W. Washington Street | |
| | Contact: |
| Painsville  OH Ohio  44077 | Event date:    06/29/2023 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Admission BBQ 5/25/23 #1512 | 60.00 | 12.00 | | 720.00 |
| Social parlor event 5/31/23 #1010 | 50.00 | 10.95 | | 547.50 |
| Tikkanen Reception 6/8/23 #1710 | 30.00 | 15.00 | | 450.00 |
| Lunch for 6 6/14 1010 | 6.00 | 12.95 | | 77.70 |
| student orientation 6/21/23 breakfast #1522 | 177.00 | 6.00 | | 1,062.00 |
| student orientation 6/21/23Lunch #1522 | 177.00 | 10.00 | | 1,770.00 |
| student orientation 6/21/23 snacks #1522 | 100.00 | 3.00 | | 300.00 |
| student orientation 6/23/23 breakfast #1522 | 100.00 | 6.00 | | 600.00 |
| student orientation 6/23/23 Lunch #1522 | 140.00 | 10.00 | | 1,400.00 |
| student orientation 6/23/23 snacks #1522 | 100.00 | 3.00 | | 300.00 |
| student orientation 6/28/23 breakfast #1522 | 100.00 | 6.00 | | 600.00 |
| student orientation 6/28/23Lunch #1522 | 163.00 | 10.00 | | 1,630.00 |
| student orientation 6/28/23 snacks #1522 | 100.00 | 3.00 | | 300.00 |
| EQ 6/10-11-23 #2954 | 1.00 | 226.00 | | 226.00 |
| EQ 6/17/18-23 #2954 | 1.00 | 138.00 | | 138.00 |

| | |
|---|---|
| | 10,121.20 |

Please make Checks payable to:
Metz Culinary Management
Two Woodland Drive
Dallas  PA  18612
Phone:  570.674.8733

==============
Total Due:      $10,121.20

Please Include your Invoice Number on Remittance



| | Invoice # 40090723 |
|---|---|
| | **July-23** |

| Invoice Date: | **8/8/2023** |
|---|---|
| Due Date: | **8/18/2023** |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

**Total Amount Due**

$ **30,038.99**

Service Dates : 07/02/2023 to 07/29/2023
Monthly Culinary Management Charges

**Purchases:**

| | | | |
|---|---|---|---|
| Food | $ | 4,603.70 | |
| Disposables | $ | 1,809.36 | |
| Equipment | $ | 577.14 | |
| Cleaning | $ | - | |
| Other Operating Expenses | $ | 3,938.29 | |
| | | $ | **10,928.49** |

**Labor:**

| | | | |
|---|---|---|---|
| Management Payroll & Benefits | $ | 12,877.18 | |
| Base Payroll (Hourly) | $ | 6,105.39 | |
| Base Taxes/Fringes | $ | 1,953.72 | |
| Contract Labor (Other) | $ | - | |
| | | $ | **20,936.30** |

**Fees, Investments & Adjustments:**

| | | | |
|---|---|---|---|
| Management/Administrative Costs | $ | 4,166.68 | |
| Service Contract | $ | - | |
| General Liability Insurance | $ | 259.43 | |
| Depreciation/Amortization | $ | - | |
| | | $ | **4,426.11** |

**Sales Credit**

| | | | |
|---|---|---|---|
| Cash Sales | $ | - | |
| Catering & Other Sales | $ | (6,251.90) | |
| Miscellaneous Income | $ | - | |
| Other Catering Sales | $ | - | |
| | | $ | **(6,251.90)** |

Please remit to:
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

| **Total** | $ | **30,038.99** |
|---|---|---|

*Thank you for your business*



**Invoice # 40090823**

**August-23**

| | |
|---|---|
| Invoice Date: | **9/7/2023** |
| Due Date: | **9/17/2023** |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

**Total Amount Due**

**$          128,785.76**

Service Dates : 07/30/2023 to 08/26/2023
Monthly Culinary Management Charges

**Purchases:**

| | | |
|---|---|---|
| Food | $ | 70,871.47 |
| Disposables | $ | 3,664.30 |
| Equipment | $ | 3,426.67 |
| Cleaning | $ | 1,725.91 |
| Other Operating Expenses | $ | 5,408.55 |
| | **$** | **85,096.90** |

**Labor:**

| | | |
|---|---|---|
| Management Payroll & Benefits | $ | 12,877.18 |
| Base Payroll (Hourly) | $ | 43,723.40 |
| Base Taxes/Fringes | $ | 13,991.49 |
| Contract Labor (Other) | $ | - |
| | **$** | **70,592.07** |

**Fees, Investments & Adjustments:**

| | | |
|---|---|---|
| Management/Administrative Costs | $ | 4,166.68 |
| Service Contract | $ | - |
| General Liability Insurance | $ | 1,150.96 |
| Depreciation/Amortization | $ | - |
| | **$** | **5,317.64** |

**Sales Credit**

| | | |
|---|---|---|
| Cash Sales | $ | (257.45) |
| Catering & Other Sales | $ | (20,405.40) |
| Miscellaneous Income | $ | (11,558.00) |
| Other Catering Sales | $ | - |
| | **$** | **(32,220.85)** |

| | | |
|---|---|---|
| Please remit to: | **Total $** | **128,785.76** |

Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

*Thank you for your business*

# Invoice

| Invoice Number: | 40091000082 |
|---|---|
| Invoice Date: | 08/01/2023 |
| Customer ID: | 40090000079 |

| | |
|---|---|
| Lake Erie College | PRIMARY |
| Lake Erie College | |
| Lake Erie College | Reference: |
| 391 W. Washington Street | |
| | Contact: |
| Painsville  OH Ohio  44077 | Event date:  08/01/2023 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| boxed lunches and snack trays 7/6/23 1010 manor house | 1.00 | 65.00 | | 65.00 |
| pa lunch 7/5/23 #1226 | 57.00 | 11.00 | | 627.00 |
| lunch 7/11/22  #1010 2 guest | 2.00 | 12.95 | | 25.90 |
| PA program 7/12-14/23 #1226 | 1.00 | 780.00 | | 780.00 |
| pa info night 7/17/23 #1226 | 1.00 | 75.00 | | 75.00 |
| boxed lunches and continental breakfast 7/26/23 #1010 | 1.00 | 60.00 | | 60.00 |
| EQ 7/29-30/23 #2954 | 1.00 | 89.00 | | 89.00 |
| admission 7/13 BBQ #1512 | 50.00 | 12.00 | | 600.00 |

|  | 2,321.90 |
|---|---|

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:     $2,321.90

Please Include your Invoice Number on Remittance

# Invoice

| | |
|---|---|
| Invoice Number: | 40091000086 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:     08/29/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Manor House Dinner 7/31/23 #1010 | 10.00 | 28.00 | | 280.00 |
| VIP Lunch 7/31/23 #1010 | 5.00 | 13.95 | | 69.75 |
| Bloom Board Breakfast 8/10 #1180 | 16.00 | 8.00 | | 128.00 |
| Bloom Board Lunch 8/10 #1180 | 16.00 | 11.00 | | 176.00 |
| Bloom Board snacks 8/10 #1180 | 16.00 | 6.00 | | 96.00 |
| Bloom Board Meet and Great  8/10 #1180 | 20.00 | 12.00 | | 240.00 |
| pa Lunch  7/13/22 #1226 | 32.00 | 11.95 | | 382.40 |
| Donor Dinner 8/8/23 #1010 | 6.00 | 24.00 | | 144.00 |
| athletics meeting  8/3/23 #1550 | 50.00 | 10.95 | | 547.50 |
| pa lunches 8/3/22 #1226 | 44.00 | 11.95 | | 525.80 |
| pa breakfast 8/3/23 #1226 | 35.00 | 7.00 | | 245.00 |
| Refreshment on porch 8/2/23 #1010 | 50.00 | 12.95 | | 647.50 |
| VIP Lunch 8/1/23 #1010 | 11.00 | 13.95 | | 153.45 |
| Social hour 8/18 #5620 | 70.00 | 12.95 | | 906.50 |
| Faculty Welcome breakfast 8/17 # 5620 | 40.00 | 10.95 | | 438.00 |
| Faculty Welcome Lunch 8/17 # 5620 | 40.00 | 12.95 | | 518.00 |
| Snacks for beach 8/18 #1522 | 3.00 | 100.00 | | 300.00 |
| field Day 8/20/23 #1522 | 289.00 | 10.00 | | 2,890.00 |
| Lunch  8/21/23 #1010 | 2.00 | 13.95 | | 27.90 |
| woman's Suffrage 8/25/23 #4074 | 30.00 | 12.95 | | 388.50 |
| Manor House Event 8/24/23 #1010 | 4.00 | 14.95 | | 59.80 |
| Honors breakfast 8/18 #1118 | 70.00 | 8.00 | | 560.00 |
| pa reception 8/12/23 #1226 | 70.00 | 19.99 | | 1,399.30 |

11,123.40

Please make Checks payable to:
 Metz Culinary Management
 Two Woodland Drive
 Dallas  PA  18612
 Phone:  570.674.8733

==============
Total Due:     $11,123.40

Please Include your Invoice Number on Remittance

# Invoice

| | |
|---|---|
| Invoice Number: | 40091000087 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:    08/29/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| new student orientation breakfast 8/4/23 #1521 | 130.00 | 8.00 | | 1,040.00 |
| new student orientation Lunch 8/4/23 #1521 | 188.00 | 10.00 | | 1,880.00 |
| new student orientation breakfast 8/11/23 #1521 Holden | 80.00 | 6.00 | | 480.00 |
| new student orientation lunch 8/11/23 #1521 | 160.00 | 10.00 | | 1,600.00 |
| new student orientation breakfast 8/15/23 #1521 Holden | 50.00 | 6.00 | | 300.00 |
| new student orientation Lunch 8/15/23 #1521 | 120.00 | 10.00 | | 1,200.00 |

6,500.00

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:    $6,500.00

Please Include your Invoice Number on Remittance

# Invoice

| Invoice Number: | 40091000088 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

| | |
|---|---|
| Lake Erie College | PRIMARY |
| Lake Erie College | |
| Lake Erie College | Reference: |
| 391 W. Washington Street | |
| | Contact: |
| Painsville  OH Ohio  44077 | Event date:    08/29/2023 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Football Camp 8/5 Brunch | 8.00 | 10.00 | | 80.00 |
| Football Camp 8/5 Dinner | 11.00 | 12.00 | | 132.00 |
| Football Camp 8/6 Brunch | 5.00 | 10.00 | | 50.00 |
| Football Camp 8/6 Dinner | 23.00 | 12.00 | | 276.00 |
| Football Camp Breakfast 8/7 | 18.00 | 8.00 | | 144.00 |
| Football camp lunch 8/7 | 10.00 | 20.00 | | 200.00 |
| Football Camp 8/7Dinner | 19.00 | 12.00 | | 228.00 |
| Football Camp Breakfast 8/8 | 23.00 | 8.00 | | 184.00 |
| Football camp lunch 8/8 | 5.00 | 10.00 | | 50.00 |
| Football Camp Dinner 8/8 | 21.00 | 12.00 | | 252.00 |
| Football Camp Breakfast 8/9 | 19.00 | 8.00 | | 152.00 |
| Football camp lunch 8/9 | 21.00 | 10.00 | | 210.00 |
| Football Camp Dinner 8/9 | 17.00 | 12.00 | | 204.00 |
| Football Camp Breakfast 8/10 | 20.00 | 8.00 | | 160.00 |
| Football camp lunch 8/10 | 29.00 | 10.00 | | 290.00 |
| Football Camp Dinner 8/10 | 25.00 | 12.00 | | 300.00 |
| Football Camp Breakfast 8/11 | 15.00 | 8.00 | | 120.00 |
| Football camp lunch 8/11 | 20.00 | 10.00 | | 200.00 |
| Football Camp Dinner 8/11 | 31.00 | 12.00 | | 372.00 |
| Football Camp Brunch 8/12 | 15.00 | 10.00 | | 150.00 |
| Football Camp Dinner 8/12 | 7.00 | 12.00 | | 84.00 |
| Football Camp Brunch 8/13 | 29.00 | 10.00 | | 290.00 |
| Football Camp Dinner 8/13 | 36.00 | 12.00 | | 432.00 |
| Football Camp Breakfast 8/14 | 28.00 | 8.00 | | 224.00 |
| Football camp lunch 8/14 | 9.00 | 10.00 | | 90.00 |
| Football Camp Dinner 8/14 | 31.00 | 12.00 | | 372.00 |
| Football Camp Breakfast 8/15 | 22.00 | 8.00 | | 176.00 |
| Football camp lunch 8/15 | 32.00 | 10.00 | | 320.00 |
| Football Camp Dinner 8/15 | 37.00 | 12.00 | | 444.00 |
| Football Camp Breakfast 8/16 | 14.00 | 8.00 | | 112.00 |
| Football camp lunch 8/16 | 25.00 | 10.00 | | 250.00 |
| Football Camp Dinner 8/16 | 29.00 | 12.00 | | 348.00 |
| Football Camp Breakfast 8/17 | 25.00 | 8.00 | | 200.00 |
| Football camp lunch 8/17 | 26.00 | 10.00 | | 260.00 |
| Football Camp Dinner 8/17 | 35.00 | 12.00 | | 420.00 |
| Football camp lunch 8/18 | 30.00 | 10.00 | | 300.00 |
| Football Camp Dinner 8/18 | 34.00 | 12.00 | | 408.00 |
| Football Camp Brunch 8/19 | 20.00 | 10.00 | | 200.00 |
| Football Camp Dinner 8/19 | 5.00 | 12.00 | | 60.00 |

# Invoice



| | |
|---|---|
| Invoice Number: | 40091000088 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:    08/29/2023

| Item | Qty | Price | Taxed | Extended |
|------|-----|-------|-------|----------|
| | | | | |

| | 8,744.00 |
|---|---|

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:    $8,744.00

Please Include your Invoice Number on Remittance



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000089 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:     08/29/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Football Protein drinks | 135.00 | 5.10 | | 688.50 |
| Football Protein drinks 8/20 | 135.00 | 5.10 | | 688.50 |

1,377.00

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:     $1,377.00

Please Include your Invoice Number on Remittance

# Invoice

| | |
|---|---|
| Invoice Number: | 40091000090 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:      08/29/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Mens Soccer 8/11/23 LUNCH #1660 | 10.00 | 10.00 | | 100.00 |
| Mens Soccer 8/12/23 Breakfast #1660 | 6.00 | 8.00 | | 48.00 |
| Mens Soccer 8/12/23 Brunch #1660 | 5.00 | 10.00 | | 50.00 |
| Mens Soccer 8/13/23 Brunch #1660 | 7.00 | 10.00 | | 70.00 |
| Mens Soccer 8/13/23 dinner #1660 | 5.00 | 12.00 | | 60.00 |
| Mens Soccer 8/14/23 LUNCH #1660 | 8.00 | 10.00 | | 80.00 |
| Mens Soccer 8/14/23 dinner #1660 | 9.00 | 12.00 | | 108.00 |
| Mens Soccer 8/15/23 LUNCH #1660 | 5.00 | 10.00 | | 50.00 |
| Mens Soccer 8/15/23 dinner #1660 | 9.00 | 12.00 | | 108.00 |
| Mens Soccer 8/16/23 Lunch #1660 | 5.00 | 10.00 | | 50.00 |
| Mens Soccer 8/16/23 dinner #1660 | 5.00 | 12.00 | | 60.00 |
| Mens Soccer 8/17/23 Breakfast #1660 | 5.00 | 8.00 | | 40.00 |
| Mens Soccer 8/17/23 Lunch #1660 | 6.00 | 10.00 | | 60.00 |
| Mens Soccer 8/17/23 dinner #1660 | 5.00 | 12.00 | | 60.00 |
| Mens Soccer 8/18/23 Breakfast #1660 | 5.00 | 8.00 | | 40.00 |
| Mens Soccer 8/18/23 Lunch #1660 | 3.00 | 10.00 | | 30.00 |
| Mens Soccer 8/19/23 dinner #1660 | 7.00 | 12.00 | | 84.00 |
| Woman Soccer 8/14-8/19 #1661 | 30.00 | 10.00 | | 300.00 |
| Volleyball Breakfast 8/14 #1690 | 9.00 | 8.00 | | 72.00 |
| Volleyball Lunch 8/14 #1690 | 9.00 | 10.00 | | 90.00 |
| Volleyball Dinner 8/14 #1690 | 6.00 | 12.00 | | 72.00 |
| Volleyball Breakfast 8/15 #1690 | 7.00 | 8.00 | | 56.00 |
| Volleyball Lunch 8/15 #1690 | 9.00 | 10.00 | | 90.00 |
| Volleyball Dinner 8/15 #1690 | 5.00 | 12.00 | | 60.00 |
| Volleyball Breakfast 8/16 #1690 | 7.00 | 8.00 | | 56.00 |
| Volleyball Lunch 8/16 #1690 | 9.00 | 10.00 | | 90.00 |
| Volleyball Dinner 8/16 #1690 | 4.00 | 12.00 | | 48.00 |
| Volleyball Breakfast 8/17 #1690 | 7.00 | 8.00 | | 56.00 |
| Volleyball Lunch 8/17 #1690 | 9.00 | 10.00 | | 90.00 |
| Volleyball Dinner 8/17 #1690 | 4.00 | 12.00 | | 48.00 |
| Volleyball Breakfast 8/18 #1690 | 8.00 | 8.00 | | 64.00 |
| Volleyball Lunch 8/18 #1690 | 7.00 | 10.00 | | 70.00 |
| Volleyball Dinner 8/18 #1690 | 4.00 | 12.00 | | 48.00 |
| Volleyball Breakfast 8/19 #1690 | 6.00 | 6.00 | | 36.00 |
| Grad student assistants 8/7-8/13 #1156 | 37.00 | 10.00 | | 370.00 |



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000090 |
| Invoice Date: | 08/29/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:     08/29/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| | 2,814.00 |

Please make Checks payable to:
 Metz Culinary Management
 Two Woodland Drive
 Dallas  PA  18612
 Phone:  570.674.8733

==============
Total Due:        $2,814.00

Please Include your Invoice Number on Remittance



**Invoice # 40090923**

**September-23**

| | |
|---|---|
| Invoice Date: | **10/11/2023** |
| Due Date: | **10/21/2023** |

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

### Total Amount Due

**$          239,852.68**

**Service Dates : 08/27/2023 to 09/30/2023**
**Monthly Culinary Management Charges**

**Purchases:**

| | | |
|---|---|---|
| Food | $ | 114,081.73 |
| Disposables | $ | 4,378.03 |
| Equipment | $ | 2,276.91 |
| Cleaning | $ | 1,273.50 |
| Other Operating Expenses | $ | 10,328.16 |
| | **$** | **132,338.33** |

**Labor:**

| | | |
|---|---|---|
| Management Payroll & Benefits | $ | 16,096.48 |
| Base Payroll (Hourly) | $ | 74,537.36 |
| Base Taxes/Fringes | $ | 23,851.96 |
| Contract Labor (Other) | $ | - |
| | **$** | **114,485.79** |

**Fees, Investments & Adjustments:**

| | | |
|---|---|---|
| Management/Administrative Costs | $ | 19,495.67 |
| Service Contract | $ | - |
| General Liability Insurance | $ | 1,917.50 |
| Depreciation/Amortization | $ | - |
| | **$** | **21,413.17** |

**Sales Credit**

| | | |
|---|---|---|
| Cash Sales | $ | (1,117.41) |
| Catering & Other Sales | $ | (27,147.20) |
| Miscellaneous Income | $ | (120.00) |
| Other Catering Sales | $ | - |
| | **$** | **(28,384.61)** |

**Please remit to:**
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

**Total  $          239,852.68**

*Thank you for your business*



| | Invoice # 40091023 |
|---|---|
| | October-23 |

Invoice Date: **11/8/2023**
Due Date: **11/18/2023**

**Billed to :**
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

## Total Amount Due

$ **215,156.56**

**Service Dates : 10/01/2023 to 10/28/2023**
**Monthly Culinary Management Charges**

**Purchases:**

| | | |
|---|---|---|
| Food | $ | 98,479.70 |
| Disposables | $ | 4,528.87 |
| Equipment | $ | 3,012.13 |
| Cleaning | $ | 1,114.95 |
| Other Operating Expenses | $ | 7,886.98 |
| | **$** | **115,022.63** |

**Labor:**

| | | |
|---|---|---|
| Management Payroll & Benefits | $ | 12,877.18 |
| Base Payroll (Hourly) | $ | 68,061.67 |
| Base Taxes/Fringes | $ | 21,779.73 |
| Contract Labor (Other) | $ | - |
| | **$** | **102,718.59** |

**Fees, Investments & Adjustments:**

| | | |
|---|---|---|
| Management/Administrative Costs | $ | 9,276.32 |
| Service Contract | $ | - |
| General Liability Insurance | $ | 1,634.53 |
| Depreciation/Amortization | $ | - |
| | **$** | **10,910.85** |

**Sales Credit**

| | | |
|---|---|---|
| Cash Sales | $ | (1,084.35) |
| Catering & Other Sales | $ | (12,411.15) |
| Miscellaneous Income | $ | - |
| Other Catering Sales | $ | - |
| | **$** | **(13,495.50)** |

**Please remit to:**
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA  18612
(800) 675-2499

| **Total** | **$** | **215,156.56** |
|---|---|---|



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000091 |
| Invoice Date: | 10/03/2023 |
| Customer ID: | 40090000079 |

| | |
|---|---|
| Lake Erie College | PRIMARY |
| Lake Erie College | |
| Lake Erie College | Reference: |
| 391 W. Washington Street | |
| | Contact: |
| Painsville  OH Ohio  44077 | Event date:    10/03/2023 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| pa lunch 8/30/23 #1226 | 33.00 | 11.95 | | 394.35 |
| International BBQ 9/4/23 #1522 | 30.00 | 10.00 | | 300.00 |
| RESCH lunch 9/7/23 #1010 | 12.00 | 12.95 | | 155.40 |
| Donor lunch 9/6/23 #1010 | 4.00 | 12.95 | | 51.80 |
| pa breakfast 9-8-23  #1226 | 43.00 | 7.95 | | 341.85 |
| pa lunch 9/8/23 #1226 | 44.00 | 11.95 | | 525.80 |
| boxed lunches 9/11/23 #1154 | 7.00 | 11.95 | | 83.65 |
| Snacks and refreshments 9 /15/23 #1010 | 18.00 | 7.95 | | 143.10 |
| ambassador induction Brunch 9/17/23 #1760 | 25.00 | 7.95 | | 198.75 |
| EQ Ex Day Brunch 9/16/23 #1512 | 100.00 | 7.95 | | 795.00 |
| EQ Ex Day BBQ 9/16/23 #1512 | 100.00 | 11.95 | | 1,195.00 |
| EQ Ex Day 9/16/23 #1512 | 115.00 | 17.95 | | 2,064.25 |
| Snack and water 9/19/23 #1524986 | 50.00 | 6.00 | | 300.00 |
| Art reception 9/21/23 #1226 | 30.00 | 7.95 | | 238.50 |
| Board refreshments 9/25/23 #1010 | 20.00 | 7.95 | | 159.00 |
| admission 9/26/23 #1512 | 36.00 | 10.00 | | 360.00 |
| Mountain day Steak Dinner 9/26/23  #1522 | 265.00 | 12.00 | | 3,180.00 |
| Mountain day sip and paint 9/26/23 with Wine #1522 | 40.00 | 3.00 | | 120.00 |
| Royce Dinner 9/28/23 ##9205 8290 | 10.00 | 50.00 | | 500.00 |
| Education mixer 9/28/30 #9205 8290 | 25.00 | 14.95 | | 373.75 |
| Science Mixer 9/28/23 #9205 8290 | 50.00 | 14.95 | | 747.50 |
| Pastries with president 9/29/23 #1010 | 35.00 | 7.95 | | 278.25 |
| pa lunch 9/29/23  #1226 | 60.00 | 11.95 | | 717.00 |
| Deb royce Book chat reception 9/29/23 #9205 8290 | 60.00 | 14.95 | | 897.00 |
| Alumni Cocktail Party 9/29 | 85.00 | 30.00 | | 2,550.00 |
| nab Meeting  9/30/23 #9206 | 15.00 | 7.95 | | 119.25 |
| clam bake 9/30/23 #9205 8290 | 40.00 | 42.00 | | 1,680.00 |
| Breakfast w/ horses #9205 8290 | 30.00 | 9.95 | | 298.50 |
| HOF Induction Lunch 9/30/23 #9205 8290 | 85.00 | 28.95 | | 2,460.75 |
| 50 class reunion lunch 9/29/23 #9205 8290 | 25.00 | 17.95 | | 448.75 |

|  |
|---|
| 21,677.20 |

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:     $21,677.20

Please Include your Invoice Number on Remittance



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000092 |
| Invoice Date: | 10/09/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:     10/09/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Football coaches 8/21 L | 8.00 | 10.00 | | 80.00 |
| Football coaches 8/22 L | 6.00 | 10.00 | | 60.00 |
| Football coaches 8/23 L | 8.00 | 10.00 | | 80.00 |
| Football coaches 8/24 L | 4.00 | 10.00 | | 40.00 |
| Football coaches 8/25 L | 10.00 | 10.00 | | 100.00 |
| Football coaches 8/26 L | 7.00 | 10.00 | | 70.00 |
| Football coaches 8/27 L | 4.00 | 10.00 | | 40.00 |
| Football coaches 8/28 B | 4.00 | 8.00 | | 32.00 |
| Football coaches 8/28 L | 6.00 | 10.00 | | 60.00 |
| Football coaches 8/28 D | 6.00 | 12.00 | | 72.00 |
| Football coaches 8/29 B | 4.00 | 8.00 | | 32.00 |
| Football coaches 8/29 L | 5.00 | 10.00 | | 50.00 |
| Football coaches 8/29 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 8/30 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 8/30 L | 5.00 | 10.00 | | 50.00 |
| Football coaches 8/30 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 8/31 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/1 D | 5.00 | 12.00 | | 60.00 |
| Football coaches 9/3 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/3 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/4 B | 5.00 | 8.00 | | 40.00 |
| Football coaches 9/4 L | 2.00 | 10.00 | | 20.00 |
| Football coaches 9/4 D | 5.00 | 12.00 | | 60.00 |
| Football coaches 9/5 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/5 L | 2.00 | 10.00 | | 20.00 |
| Football coaches 9/5 D | 5.00 | 12.00 | | 60.00 |
| Football coaches 9/6 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/6 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/6 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/7 B | 2.00 | 8.00 | | 16.00 |
| Football coaches 9/10 B | 2.00 | 8.00 | | 16.00 |
| Football coaches 9/10 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/18 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/18 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/19 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/19 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/19 D | 4.00 | 12.00 | | 48.00 |
| Football coaches 9/20 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/20 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/20 D | 3.00 | 12.00 | | 36.00 |

# Invoice

**Metz**
CULINARY MANAGEMENT
ENVIRONMENTAL SERVICES

| | |
|---|---|
| Invoice Number: | 40091000092 |
| Invoice Date: | 10/09/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:     10/09/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Football coaches 9/21 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/21 L | 5.00 | 10.00 | | 50.00 |
| Football coaches 9/21 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/22 B | 2.00 | 8.00 | | 16.00 |
| Football coaches 9/24 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/24 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/11 B | 2.00 | 8.00 | | 16.00 |
| Football coaches 9/11 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/11 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/12 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/12 L | 4.00 | 10.00 | | 40.00 |
| Football coaches 9/13 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/13 L | 5.00 | 10.00 | | 50.00 |
| Football coaches 9/13 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/14 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/14 L | 5.00 | 10.00 | | 50.00 |
| Football coaches 9/14 D | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/15 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/15 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/16 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/16 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/17 B | 2.00 | 8.00 | | 16.00 |
| Football coaches 9/25 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/25 I | 2.00 | 10.00 | | 20.00 |
| Football coaches 9/25 d | 3.00 | 12.00 | | 36.00 |
| Football coaches 9/26 B | 4.00 | 8.00 | | 32.00 |
| Football coaches 9/26 L | 4.00 | 10.00 | | 40.00 |
| Football coaches 9/27 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/27 L | 2.00 | 10.00 | | 20.00 |
| Football coaches 9/27 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/28 B | 3.00 | 8.00 | | 24.00 |
| Football coaches 9/28 D | 2.00 | 12.00 | | 24.00 |
| Football coaches 9/29 L | 3.00 | 10.00 | | 30.00 |
| Football coaches 9/30 B | 2.00 | 8.00 | | 16.00 |
| Football Breakfast team 9/2 | 27.00 | 8.00 | | 216.00 |
| Football lunch team 9/16 | 20.00 | 10.00 | | 200.00 |



# Invoice

| | |
|---|---|
| Invoice Number: | 40091000092 |
| Invoice Date: | 10/09/2023 |
| Customer ID: | 40090000079 |

Lake Erie College
Lake Erie College
Lake Erie College
391 W. Washington Street

Painsville  OH Ohio  44077

PRIMARY

Reference:

Contact:

Event date:    10/09/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| | | | | |

2,980.00

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:    $2,980.00

Please Include your Invoice Number on Remittance

# Invoice



| | |
|---|---|
| Invoice Number: | 40091000093 |
| Invoice Date: | 10/09/2023 |
| Customer ID: | 40090000079 |

| | |
|---|---|
| Lake Erie College | PRIMARY |
| Lake Erie College | |
| Lake Erie College | Reference: |
| 391 W. Washington Street | |
| | Contact: |
| Painsville  OH Ohio  44077 | Event date:  10/09/2023 |

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Mountain day lunch 9/26 #1522 | 220.00 | 10.00 | | 2,200.00 |
| Family Weekend brunch 9/17 #1522 | 20.00 | 10.00 | | 200.00 |
| Cross country Boxed Lunches 9/1,9/15,9/22 | 9.00 | 10.00 | | 90.00 |

|  |
|---|
| 2,490.00 |

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:     $2,490.00

# Invoice



| | |
|---|---|
| Invoice Number: | 40091000096 |
| Invoice Date: | 10/09/2023 |
| Customer ID: | 40090000150 |

Lake Metropolitain Housing Authority.

Eric Martin
189 First Street

Painesville  Ohio  44077

LMHA

Reference:

Contact:

Event date:     10/09/2023

| Item | Qty | Price | Taxed | Extended |
|---|---|---|---|---|
| Boxed Lunches 9/28/23 | 50.00 | 10.95 | | 547.50 |

547.50

Please make Checks payable to:
  Metz Culinary Management
  Two Woodland Drive
  Dallas  PA  18612
  Phone:  570.674.8733

==============
Total Due:     $547.50

Please Include your Invoice Number on Remittance



# Metz
## CULINARY MANAGEMENT
### ENVIRONMENTAL SERVICES

**Invoice # 40091123**

**November-23**

Invoice Date: **12/8/2023**
Due Date: **12/18/2023**

Billed to :
**Lake Erie College**

391 W Washington St
Painesville, OH 44077

## Total Amount Due

$ **99,488.97**

Service Dates : 10/29/2023 to 11/25/2023
Monthly Culinary Management Charges

**Purchases:**

| | | | | |
|---|---|---|---|---|
| Food | $ | 25,141.86 | | |
| Disposables | $ | 314.54 | | |
| Equipment | $ | 1,074.90 | | |
| Cleaning | $ | 106.41 | | |
| Other Operating Expenses | $ | 3,083.33 | | |
| | | | $ | 29,721.04 |

**Labor:**

| | | | | |
|---|---|---|---|---|
| Management Payroll & Benefits | $ | 5,937.49 | | |
| Base Payroll (Hourly) | $ | 44,394.10 | | |
| Base Taxes/Fringes | $ | 14,206.11 | | |
| Contract Labor (Other) | $ | - | | |
| | | | $ | 64,537.70 |

**Fees, Investments & Adjustments:**

| | | | | |
|---|---|---|---|---|
| Management/Administrative Costs | $ | 4,638.16 | | |
| Service Contract | $ | - | | |
| General Liability Insurance | $ | 712.06 | | |
| Depreciation/Amortization | $ | - | | |
| | | | $ | 5,350.22 |

**Sales Credit**

| | | | | |
|---|---|---|---|---|
| Cash Sales | $ | (119.99) | | |
| Catering & Other Sales | $ | - | | |
| Miscellaneous Income | $ | - | | |
| Other Catering Sales | $ | - | | |
| | | | $ | (119.99) |

Please remit to:
Metz Culinary Management
Attn: Accounts Receivable
2 Woodland Drive
Dallas, PA 18612
(800) 675-2499

**Total** $ **99,488.97**

*Thank you for your business*