IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| METZ CULINARY MANAGEMENT, LLC, etc., | ) | CASE NO. 1:24-CV-00005-SO |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) | |
| | ) | |
| LAKE ERIE COLLEGE, | ) | **REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(F) AND L.R. 16.3(b)** |
| | ) | |
| Defendant. | ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on March 5, 2024, and was attended by:

William H. Falin                           counsel for plaintiff Metz Culinary Management, LLC

Ric Selby                                     counsel for defendant Lake Erie College


2. The parties:

_____ have exchanged the pre-discovery disclosures required by Rule 26(A)(1) and the Court's prior order;

__X__ will exchange such disclosures by March 21, 2024;

_____ have not been required to make initial disclosures.


3. The parties recommend the following track:

_____ Expedited          __X__ Standard          _____ Complex

_____ Administrative     _____ Mass Tort

4.  This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

\_\_\_\_\_Early Neutral Evaluation      \_\_X\_\_Mediation      \_\_\_\_\_Arbitration

\_\_\_\_\_Summary Jury Trial      \_\_\_\_\_Summary Bench Trial

\_\_\_\_\_Case not suitable for ADR

5.  The parties \_\_\_do\_\_\_ / \_\_\_X\_\_\_\_do not consent to the jurisdiction of the United States Magistrate pursuant to 28 U.S.C. § 636(c).

6.  Recommended Discovery Plan:

a)  Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

The parties plan on serving Interrogatories and Requests for Production directed at determining witnesses, alleged damages and relevant records supporting the parties' claims and defenses.  The parties also anticipate taking 2-3 depositions each of fact witnesses on issues relating to Plaintiff's claims and Defendant's Counterclaims.  The parties do not currently anticipate a need for expert testimony.

b)  Discovery cut-off date: September 27, 2024

7.  Recommended dispositive motion date: October 31, 2024

8.  Recommended cut-off date for amending the pleadings and/or adding additional parties: May 3, 2024

9. Recommended date for a Status Hearing:  <u>August 22, 2024</u>

10. Other matters for the attention of the Court:

<u>The parties are requesting an early mediation in mid-April, 2024 and are amenable to using the Court's Magistrate as a mediator, if available.</u>

Respectfully submitted,

<u>/s/ *William H. Falin*</u>
GEORGE M. MOSCARINO (0019447)
WILLIAM H. FALIN (0038839)
**Buckingham, Doolittle & Burroughs, LLC**
1375 East 9th Street, Suite 1700
Cleveland, Ohio 44114
Telephone:   (216) 621-5300
Facsimile:   (216) 621-5440
Email:        gmoscarino@bdblaw.com
              wfalin@bdblaw.com
Counsel for Plaintiff
Metz Culinary Management, LLC


<u>/s/ *Richard N. Selby, II*</u>
RICHARD N. SELBY, II (#0059996)
rselby@dworkenlaw.com
**DWORKEN&BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, OH 44077
(440) 352-3391
Attorney for Defendant/Counterclaimant
Lake Erie College

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/William H. Falin
GEORGE M. MOSCARINO, ESQ.
WILLIAM H. FALIN, ESQ.

Counsel for Plaintiff
Metz Culinary Management, LLC